# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JASON E. FLAKES,

       Plaintiff,                    Case No. 25-cv-11079
                                          Hon. Jonathan J.C. Grey

v.

JEREMY BUGBEE, ET AL.,

       Defendants.

_____/

## OPINION AND ORDER DENYING APPLICATION FOR LEAVE TO PROCEED WITHOUT PREPAYMENT OF COSTS (ECF NO. 2) AND DISMISSING THE COMPLAINT (ECF NO. 1)

Jason E. Flakes, who is currently incarcerated at the Oaks Correctional Facility in Manistee, has filed a pro se complaint against three Michigan Department of Corrections' ("MDOC") employees. (ECF No. 1.) He seeks leave to proceed without prepayment of fees. (ECF No. 2.) Flakes is a three-striker under 28 U.S.C. § 1915(g) and does not show that he is in imminent danger of serious physical injury. Therefore, the Court will deny his application to proceed in forma pauperis and **DISMISS** the complaint.

I.

Flakes filed this civil complaint against three MDOC employees located at the St. Louis Correctional Facility: Jeremy Bugbee (librarian), Lynch (hearings officer), and Kathleen Parsons (grievance coordinator). He claims defendants violated the First, Fifth, Eighth and Fourteenth Amendments by restricting his law library access, retaliating against him for filing grievances, and filing false misconduct reports. He seeks $1,800,000 in compensatory and punitive damages, attorneys' fees, and any relief the court deems proper. Along with his compliant, Flakes filed a motion to proceed without prepayment of fees and costs. (ECF No. 2.)

## II.

The Court may authorize commencement of an action without prepayment of the filing fee and costs if a plaintiff demonstrates he cannot pay such fees, 28 U.S.C. § 1915(a)(1), subject to the Prison Litigation Reform Act's ("PLRA") three-strikes rule. 28 U.S.C. § 1915(g). Under the three-strikes rule, a prisoner may not proceed in forma pauperis where, on three or more previous occasions, a federal court dismissed the incarcerated plaintiff's action because it was frivolous or malicious or failed to state a claim for which relief may be granted. unless the prisoner "is under imminent danger of serious physical injury." 28

U.S.C. § 1915(g). "Courts may *sua sponte* apply the three-strikes rule ... and take judicial notice of a plaintiff's prior dismissals." *White v. Sturm*, 737 F. Supp.3d 576, 578 (E.D. Mich. 2024) (citations omitted).

The PLRA's three-strikes rule clearly applies to Flakes, as he has had at least three civil rights complaints dismissed for being frivolous or malicious or for failing to state a claim. *See Flakes v. Drinkert,* No. 1:18-cv-593 (W.D. Mich. June 18, 2018), *Flakes v. C. Brown*, No. 1:16-cv-418 (W.D. Mich. June 29, 2016), *Flakes v. Schiebner*, No. 2:13-cv-211 (W.D. Mich. Oct. 3, 2013).

Flakes, therefore, may not proceed without prepaying fees and costs unless he satisfies the imminent danger exception to the three-strikes rule. He fails to do so. Flakes does not claim to be in imminent danger of serious physical injury and nothing in the complaint would support such an argument. He alleges defendants have violated his right of access to the courts and retaliated against him for filing grievances, but these allegations do not raise a possibility of physical injury. Because there is no basis to conclude that Flakes qualifies for the imminent danger exception, the Court **DENIES** Flakes' motion to proceed without prepayment of fees and costs and dismiss the complaint.

3

III.

Flakes has at least three strikes under 28 U.S.C. § 1915(g) and has failed to demonstrate that he is in imminent danger of serious physical injury.

Accordingly, the Court **DENIES** the application to proceed without prepayment of fees or costs (ECF No. 2) and **DISMISSES** the complaint (ECF No. 1) pursuant to 28 U.S.C. § 1915(g). This dismissal is without prejudice to the filing of a new complaint with full payment of the filing fee ($350.00) and the administrative fee ($55.00).

The Court concludes that it has properly applied the "three strikes" provision of 28 U.S.C. § 1915(g) such that an appeal from this order would be frivolous and cannot be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

**SO ORDERED**.

<u>s/Jonathan J.C. Grey</u>
JONATHAN J.C. GREY
UNITED STATES DISTRICT JUDGE

DATED: August 20, 2025

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 20, 2025.

                                        **s/ S. Osorio**
                                        Sandra Osorio
                                        Case Manager